**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF United States of America | COURT CASE NUMBER 19-01762 |
|---|---|
| DEFENDANT Steven Darvell | TYPE OF PROCESS Sale |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Steven Darvell

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
69 Pamela Dr. Drums, PA 18222

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| KML Law Group, P.C.<br>701 Market<br>Suite 5000<br>Philadelphia, PA 19106 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

Minimum Bid: $79,908.00

Sale: January 25, 2024 at 11:00 a.m.   Max Rosenn Federal Courthouse: 197 South Main St., Wilkes-Barre, PA. 18701. Held @ the steps of the Maple Street entrance.

Fold

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 215-627-1322 | DATE 1/25/24 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk *Scott Nicholson* | Date 1/25/2024 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* Highest bidder - Mark Kile | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | | |
|---|---|---|---|
| Address *(complete only different than shown above)* | Date 1/25/24 | Time 11:30 | ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy *Scott Nicholson* | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $28.14 | $0.00 | $93.14 | $0.00 | $93.14 |

REMARKS:

Highest bid was secured by Mark Kile of MABA Holdings LLC in the amount of $82,000.00 held at the above address in the special instructions. A cashiers check in the amount of $9,000.00 was supplied to Deputy U.S. Marshal Nicholson.

FILED
SCRANTON
JAN 29 2024
PER _____
DEPUTY CLERK

| DISTRIBUTE TO: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED<br><br>Form USM-285<br>Rev. 11/13 |
|---|---|---|